# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| NHAN NGUYEN,<br><br>          Plaintiff,<br><br>    v.<br><br>JACK RICHARDSON, et al.,<br><br>          Defendant. | CASE NO. C12-5729 RBL-JRC<br><br>ORDER TRANSFERRING THE CASE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON |

      This 42 U.S.C. §1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges Rules MJR 1, MJR 3, and MJR 4.

      The Court granted plaintiff leave to proceed in forma pauperis and ordered plaintiff to file an amended complaint (ECF No. 5 and 7). Plaintiff filed an amended complaint and he also filed a motion asking that the case be transferred to the United States District Court for the Eastern District of Washington where he alleges that venue is proper (ECF No. 8 and 9). The Court has not ordered the Clerk's Office to attempt service of process. No defendant has appeared in this

action. Thus, there is no reason to wait for the October 19, 2012, noting date to address plaintiff's motion.

Plaintiff's motion to transfer the action is GRANTED. The Clerk's Office is directed transfer this matter to the Eastern District and close the file.

Dated this 16th day of October, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER TRANSFERING THE CASE TO THE
UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON - 2