UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| NHAN NGUYEN,<br><br>    Plaintiff,<br><br>vs.<br><br>SGT JACK RICHARDSON, SGT G. WALDO, L. HALL, WILLIAM STOCKWELL, JENNIFER RIDGEWAY, EARL X WRIGHT, BERNARD WARNER, DAN PACHOLKE, MAGGIE MILLER-STOUT, JAMES ROLLINS, SGT. M. MARY, KRISTIE L. GOW, KERRI S. McTARSNEY, RICHARD HERNANDEZ, PAULA HENDERSON, FRANK REVERA, DEPUTY CHRIS FITZPATRICK, and UNKNOWN OTHERS,,<br><br>    Defendants. | No. 12-CV-0587-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION FOR FAILURE TO OBEY COURT ORDERS |

Magistrate Judge Imbrogno filed a Report and Recommendation on June 4, 2013, Recommending Mr. Nguyen's action be dismissed without prejudice for failure to obey Court Orders under Rule 41(b), Federal Rules of Civil Procedure. Mail sent to Plaintiff at the residential address he provided on October 11, 2012,

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION FOR FAILURE TO OBEY COURT ORDERS -- 1

has been returned as undeliverable. There being no objections, the Court **ADOPTS** the Report and Recommendation. This action is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment, forward a copy to Plaintiff at his last known address and close the file.

**DATED** this 8th day of July, 2013.

                              *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
                              Chief United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION FOR FAILURE TO OBEY COURT ORDERS -- 2