# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | | |
|---|---|---|
| NHAN NGUYEN, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   12-CV-0587-CI |
| | ) | |
| | ) | |
| SGT JACK RICHARDSON, et al | | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   This action is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

❏ decided by Judge _____ on a motion for

Date:  July 8, 2013 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Sheila Parpolia
_____
*(By) Deputy Clerk*

Sheila Parpolia
_____